

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 31, 2023

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 31, 2023

Re:   *United States v. Shane et al.*, 23 Cr. 52 (RA)

Dear Judge Abrams:

      The Government respectfully requests that the time between today and the arraignment scheduled for February 9, 2023 be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The defendants were indicted on January 30, 2023, *see* ECF No. 9, and the Court has scheduled the arraignment and initial conference for February 9, 2023. While it is the Government's position that the Speedy Trial clock does not begin to run until the date the defendants are arraigned, out of an abundance of caution, the Government seeks the proposed exclusion between today and the date of arraignment. The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendants in a speedy trial, as the proposed exclusion will allow the parties an opportunity to evaluate and discuss the possibility of pretrial resolutions of this case. Defense counsel for both defendants have informed the Government that they consent to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Katherine Cheng
Assistant United States Attorney
Southern District of New York
(212) 637-2492
Katherine.Cheng@usdoj.gov

cc (by ECF):   Zawadi S. Baharanyi, Esq.
                   Michael W. Martin, Esq.